1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          NO.  CIV.S-06-0650 DFL DAD

12             Plaintiff,

13      v.                              ORDER

14   TONY S. DUTSON and
     MICAELA R. DUTSON,

15
              Defendants.

16   _____/

17        The hearing on plaintiff's motion for summary judgment and

18   defendants' cross-motion for sanctions and to strike is HEREBY

19   CONTINUED from June 23, 2006, at 10:00 a.m. to **June 30, 2006, at**

20   **10:00 a.m.** in Courtroom 27 so that it may be heard in conjunction

21   with the hearing on defendants' motion to dismiss.  Any party may

22   arrange telephonic appearance by contacting Pete Buzo at (916) 930-

23   4128.

24   DATED: June 20, 2006.

25

26   DAD:th                            _____
     Dad1/orders.civil/dutson0650.continue   DALE A. DRCZD
                                        UNITED STATES MAGISTRATE JUDGE