IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CIV S-06-0650 DFL DAD PS

    vs.

TONY S. DUTSON, et al.,

    Defendants.               ORDER

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On July 12, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court, however, slightly modifies the recommend injunction by allowing the filing of liens or encumbrances with prior permission of the court of record.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed July 12, 2006, are adopted except as to the recommended injunction language.

        2. Plaintiff's motion for summary judgment filed May 8, 2006, is granted and judgment for plaintiff is hereby entered on all claims.

3. The following UCC Financing Statements are adjudged and declared null, void and without legal effect.

| Date Filed | Document Number |
|---|---|
| 2/9/2005 | 05-7015308594 |
| 2/11/2005 | 05-7015665510 |
| 9/19/2005 | 05-70419083 |
| 10/7/2005 | 05-70442513 |

4. Leave is granted to file the order or judgment with the California Secretary of State, any county clerk's office, assessor's office, or other public registry where such liens have or will be filed by defendants.

5. Tony S. Dutson and Micaela R. Dutson are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a nonconsensual lien or encumbrance against the person or property of any government employee without prior permission of the court of record.

6. The United States' request for attorney's fees is denied.

7. The following motions filed by defendants are denied for lack of factual and legal merit: (1) May 11, 2005, motion to dismiss (docket no. 10); (2) May 30, 2006, cross-motion for sanctions and cross-motion to strike (docket no. 13).

DATED: March 26, 2007

/s/ David F. Levi
UNITED STATES DISTRICT JUDGE

/dutson0650.jo

2